

_Honorable Bruce T. Beesley_
United States Bankruptcy Judge

Entered on Docket
December 23, 2014

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                BK–09–19807–btb
                                                      CHAPTER 13
JOHN C JENSEN

                            Debtor(s)                 ORDER FOR
                                                      PAYMENT OF UNCLAIMED FUNDS

_____

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 48,320.53 constituting an unclaimed dividend is declared due to John C. Jensen.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

John C. Jensen
Attn: Asset Recovery Trust
PO Box 4296
Costa Mesa, CA 92628

###